**D. W. Pugh, appellee, v. Southern Railway Company, appellant.**

Opinion filed September 12, 1931.
Kramer, Kramer & Campbell and R. E. Costello, for appellant. No appearance for appellee.
Mr. Presiding Justice Barry delivered the opinion of the court.

**Pauline Branhorst, appellant, v. Harry F. Stamper et al., appellees.**

Opinion filed September 12, 1931. Rehearing denied October 27, 1931.
D. F. Moore, for appellant. W. H. Hart, Layman & Johnson, Williams & Lewis, W. Joe Hill, G. A. Hickman and Pulverman & Cantrell, for appellees.
Mr. Justice Edwards delivered the opinion of the court.

**Herman W. Bender et al., plaintiffs in error v. Benjamin Bender et al., defendants in error.**

Opinion filed September 12, 1931.
Philip G. Listeman and Harold J. Bandy, for plaintiffs in error; Keefe & Listeman, of counsel. Geers & Geers, for defendants in error.
Mr. Justice Edwards delivered the opinion of the court.

**R. H. Sullivan, trading as Sullivan Auto Sales Company, appellee, v. Mrs. E. C. Brown, appellant.**

Opinion filed September 12, 1931.
Harry Faulkner, for appellant. Roscoe Forth, for appellee.
Mr. Justice Edwards delivered the opinion of the court.

**C. I. Hornbeck, appellee, v. Robert Aitken, Jr. and Anna Aitken, appellants.**